FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

NOV 16 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06CR278-MEF |
| | ) | [17 USC 506(a)(1); |
| EL HADJI KA | ) | 18 USC 2319(a)&(b)(1)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

That on or about October 15, 2005, within the Middle District of Alabama,

### EL HADJI KA,

defendant herein, did willfully and for purposes of commercial advantage and private financial gain,

infringe the copyrights of various sound recordings and phono-records, to-wit: compact disks

containing unauthorized digital recordings of various musical artists, in that EL HADJI KA did

reproduce or distribute approximately five hundred or more copies of various recordings and phono

records with a total retail value of $2,500.00 or more, in a one hundred eighty (180) day period,

without the authorization of the copyright holder, in violation of Title 17, United States Code,

Section 506(a)(1), and Title 18, United States Code, Section 2319(a) & (b)(1).

## COUNT 2

That on or about October 15, 2005, within the Middle District of Alabama,

### EL HADJI KA,

defendant herein, did willfully and for purposes of commercial advantage and private financial gain,

infringe the copyright of copyrighted works, to-wit: motion pictures, in that EL HADJI KA did

reproduce or distribute approximately three hundred or more copies of various copyrighted works,

with a total retail value of $2,500.00 or more, in a one hundred eighty (180) day period, without the

authorization of the copyright holder, in violation of Title 17, United States Code, Section 506(a)(1),

and Title 18, United States Code, Section 2319(a) & (b)(1).

A TRUE BILL:

*Janese Dann Williams*

Foreperson


*Leura G. Canary*

LEURA G. CANARY
United States Attorney

*Verne H. Speirs*

VERNE H. SPEIRS
Assistant United States Attorney

2