IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Case No.: 3:06cr278-MEF-CSC |
| ) | |
| **EL HADJI KA** ) | |

**MOTION TO WITHDRAW
AS COUNSEL OF RECORD**

**COMES NOW** the undersigned counsel, Michael J. Petersen, and files this Motion to Withdraw as Counsel of Record on behalf of Defendant El Hadji Ka. In support of this Motion, counsel states the following:

1. On January 10, 2007, the Federal Defender Office was appointed to represent El Hadji Ka with respect to the criminal charges he faces in the above-styled cause. The case was then assigned to undersigned counsel, Michael J. Petersen.

2. On January 17, 2007, Ben E. Bruner, Esq. filed his Notice of Appearance as retained counsel for the defendant, El Hadji Ka.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of El Hadji Ka.

Dated this 17th day of January 2007.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender

1

201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | **Case No.: 3:06cr278-MEF-CSC** |
| ) | |
| **EL HADJI KA** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne H. Speirs, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Ben E. Bruner, Esquire
Attorney at Law
505 S. Perry Street
Montgomery, Alabama 36106

    Respectfully submitted,

    s/ Michael J. Petersen
    MICHAEL J. PETERSEN
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: michael_petersen@fd.org
    ASB-5072-E48M