IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 3:06CR-278-MEF |
| ) | |
| EL HADJI KA ) | |

## ORDER

Upon consideration of the Motion to Withdraw as Attorney of Record (doc. # 9) filed by Attorney Michael Petersen, and for good cause shown, it is

**ORDERED** that the Motion to Withdraw be and is hereby **GRANTED.**

Done this 18th day of January, 2007.

                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE