COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

❑ INITIAL APPEARANCE              DATE: 1/18/07
√ BOND HEARING
❑ DETENTION HEARING               DIGITAL Recording : 3:35 - 3:39
❑ PRELIMINARY (EXAMINATION)(HEARING)
❑ REMOVAL HEARING (R.40)
❑ ARRAIGNMENT

**PRESIDING MAG. JUDGE:** Wallace Capel, Jr.      **DEPUTY CLERK:** Wanda Robinson
**CASE NO:** 3:06cr278-MEF                        **DEFENDANT NAME:** El Hadji Ka
**AUSA:** Verne Speirs                            **DEFT. ATTY:** Ben Bruner

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

**PTSO:** Tamara Martin                           **USPO:** _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present   (√) NO; ( ) YES       Name:

| | |
|---|---|
| ❑ | Date of Arrest or ❑ Arrest Rule 40 |
| ❑ | Deft First Appearance. Advised of rights/charges.   Prob/Sup Rel Violator |
| ❑ | Deft First Appearance with Counsel |
| ❑ | Deft. First Appearance without Counsel |
| ❑ | Requests appointed Counsel |
| ❑ | Financial Affidavit executed   *ORAL MOTION FOR APPT OF COUNSEL* |
| ❑ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❑ | Panel Attorney Appointed; ❑ to be appointed - prepare voucher |
| ❑ | Deft. Advises he will retain counsel.  Has retained |
| ❑ | ❑ Government's ORAL Motion for Detention Hrg. ❑ to be followed by written motion; ❑ Government's WRITTEN Motion for Detention Hrg. filed |
| ❑ | Detention Hearing ❑ held; ❑ set for |
| ❑ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❑ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | **BOND EXECUTED** (M/D AL charges) $. 25,000 |
| ❑ | **BOND EXECUTED** (R. 40) - deft to report to originating district as ordered |
| ❑ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❑ | Deft. **ORDERED REMOVED** to originating district |
| ❑ | Waiver of ❑ preliminary hearing; ❑ Waiver Rule 40 hearing |
| ❑ | Court finds **PROBABLE CAUSE.**  Defendant bound over to the Grand Jury |
| ❑ | **ARRAIGNMENT** ❑HELD. Plea of **NOT GUILTY** entered.  ❑ Set for |
| ❑ | DISCOVERY DISCLOSURE DATE: |
| ❑ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❑ | WAIVER of Speedy Trial.   CRIMINAL TERM: |