| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: FEBRUARY 20, 2007 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:18 - 1:18 |

---

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** SUSAN R. WALKER  **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 3:06CR-278-MEF-CSC  **DEFENDANT NAME:** EL HADJI KA

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. VERNE H. SPEIRS | ATTY. BEN E. BRUNER |

---

√ **DISCOVERY STATUS:** Complete.

√ **PENDING MOTION STATUS:** None.

☑ **PLEA STATUS:** possible plea

☑ **TRIAL STATUS:** Will take 1 day for trial

☐ **REMARKS:**