| COURTROOM DEPUTY MINUTES | DATE: March 7, 2007 | FTR RECORDING: 11:51 - 11:10 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: RISA ENTREKIN | |

☐ ARRAIGNMENT  √ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
|---|---|
| CASE NUMBER: 3:06-CR-278-MEF-CSC | DEFENDANT NAME: EL HADJI KA |
| AUSA: VERNE H. SPEIRS | DEFENDANT ATTY: BEN E. BRUNER |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO |
| USPTS/USPO: | |

Defendant _____ does  √  does NOT need and interpreter. Name: _____

☐ This is defendant's **FIRST APPEARANCE.** (Docket kia.!!!)
☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **FELONY INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity
√ Guilty as to:   √ Count(s) 1 of the **Indictment**
☒ Count(s) 2   ☐ dismissed on oral motion of USA;
☒ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
☐ No Plea Agreement entered   √ Written plea agreement filed.   ☐ **ORDERED SEALED.**
√ **ORAL ORDER** Adjudicating defendant guilty.
√ **ORDER:** Defendant Continued √ same Conditions/Bond imposed by Mag. Judge;
☐ Released on Bond & Conditions of Release for:
☐ Trial on _____; √ Sentencing on _____; √ to be set by Separate Order
☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
☐ Trial on _____; or ☐ Sentencing on _____ ☐ Set by separate Order.