IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. 06 CR 278 MEF |
| EL HADJI KA | ) |

RECEIVED
2007 AUG 27 P 4:03
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO DELAY THE DATE ON WHICH THE DEFENDANT IS TO SELF SURRENDER

COMES NOW, the defendant by and through counsel and moves this Honorable Court to delay the date upon which the defendant is to self surrender until January 1, 2008. As grounds therefor, he states the following:

1. Currently, the defendant has custody of three minor children ages 14, 9 and 5.

2. The mother of those children is still in Senegal from which she is attempting immigrate based on her marriage.

3. Attached hereto are documents verifying that petitions to immigrate are currently pending with the Department of State and the Department of Homeland Security

4. While there is no certain timetable as to when a final ruling will be made on the defendant's wife's immigration petition, the additional time requested would give a better chance for the wife and mother to immigrate and be able to appropriately parent the children.

WHEREFOR, the defendant, respectfully moves the Court to delay the defendant's self surrender to the bureau of prisons until January 1, 2008.

Respectfully submitted,

/s/ Ben E. Bruner

Ben E. Bruner (BRU 001)
Attorney for the Defendant
P.O. Box 231419
Montgomery, Alabama 36106
(334) 323-4462
FAX (334) 323-4463

## CERTIFICATE OF SERVICE

    The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the 27 day of August, 2007.

Vern Spears, Esq.
P.O. Box 197
Montgomery, Alabama 36101

                                                Ben E. Bruner