IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-278-MEF |
| | ) | |
| EL HADJI KA | ) | |

# **O R D E R**

Upon consideration of defendant's Motion to Delay the Date on Which the Defendant is to Self-Surrender (Doc. #31) filed on August 27, 2007, it is hereby

ORDERED that the government show cause on or before September 7, 2007 as to why the motion should not be granted.

DONE this 31st day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE