IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 03:06cr278-MEF |
| | ) | |
| EL HADJI KA | ) | |
| | ) | |

**UNITED STATES' RESPONSE TO DEFENDANT'S
MOTION TO DELAY DATE FOR SELF SURRENDER**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and responds to Defendant's Motion to Delay The Date On Which The Defendant Is To Self Surrender.

1.  Based upon Defendant's motion alleging that self-surrender before January 1, 2008, will jeopardize the well-being of three minor children, the United States has no opposition to a delay reporting until January 1, 2008.

2.  Should Defendant request a delay past January 1, 2008, the United States would respectfully request the opportunity to consult with the Court and defense counsel regarding the necessity of any further delays.

Respectfully submitted this 6th day of September, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7138 Fax
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 03:06cr278-MEF |
| | ) | |
| EL HADJI KA | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Ben E. Bruner.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Verne H. Speirs
    VERNE H. SPEIRS
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    (334) 223-7280
    (334) 223-7138 Fax
    verne.speirs@usdoj.gov