IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-278-MEF |
| | ) | |
| EL HADJI KA | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Delay the Date on Which the Defendant is to Self Surrender (Doc. #31) filed on August 27, 2007, and the government's response (Doc. #33) that it has no opposition to the motion, it is hereby

ORDERED that the motion is GRANTED and defendant shall self-surrender on or before January 3, 2008.

DONE this the 11th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE