AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: **EL HADJI KA**
CASE NUMBER: **3:06CR278-MEF**

Judgment — Page __2__ of __6__

## IMPRISONMENT

RECEIVED
2008 JAN 10 P 12: 58
UNITED STATES
MARSHAL
MIDDLE ALABAMA

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Ten (10) months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

RETURNED AND FILED
JAN 10 2008
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   X before 2 p.m. on **September 25, 2007**.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant ~~delivered~~ v/s on __1-3-08__ to __FPC MON__ at __Maxwell AFB, AL 36112__, with a certified copy of this judgment.

O. DREW WARDEN
~~UNITED STATES MARSHAL~~

By ____ O. Sanders, USE
~~DEPUTY UNITED STATES MARSHAL~~